IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03cr3174 |
| vs. | ) | |
| | ) | |
| MICHAEL L. POLFUS, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on 6/26/06 [66].

IT IS ORDERED:

1. The request for transcript, filing [66] is granted.

2. Michael L. Polfus, Jr., is ordered to pay to the **Clerk of Court** the amount of $46.75. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $46.75, a refund check will be issued.

3. Upon receipt of this fee, the Court Reporter is ordered to prepare a transcript of the hearing held on 6/26/06. A paper copy of the transcript shall be mailed to the requestor.

Dated: March 28, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge